AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOEL FOWLER,**<br><br>**Defendant** | )<br>)<br>)  Case No.  1:20-MJ-256 (CFH)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of April 14, 2020 in the county of Albany in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | In that the defendant moved and traveled in interstate and foreign commerce with intent to avoid prosecution, and custody and confinement after conviction, under the laws of the place from which he fled, for a crime, and an attempt to commit a crime, and which is a felony under the laws of the place from which the fugitive fled. |

This criminal complaint is based on these facts:

☒  Continued on the attached sheet.

*Complainant's signature*
Deputy Robert Imburgio, USMS
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: April 30, 2020

*Judge's signature*

City and State:  Albany, NY

Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

### Affidavit in Support of a Criminal Complaint

I, Robert Imburgio, being duly sworn, depose and state:

1. I am a Deputy U.S. Marshal with the United States Marshals Service in the Northern District of New York. I have worked in law enforcement for 13 years. Since 2010, I have been a Deputy U.S. Marshal, first in the Southern District of New York, and now in the Northern District of New York. In 2010, I graduated from the Basic Criminal Investigator Training Program and the Basic Deputy U.S. Marshal Training Program at the Federal Law Enforcement Training Center. Since 2010, I have been involved in hundreds of fugitive cases with the New York/ New Jersey Regional Fugitive Taskforce - Manhattan and Albany Divisions. As a result, I have extensive experience investigating crimes involving escapes from custody and tracking down fugitives.

2. This affidavit is made in support of a criminal complaint charging JOEL FOWLER ("Fowler") with a violation of Title 18, United States Code, Section 1073 (interstate flight to avoid prosecution). The statements in this affidavit are based on information provided to me by other law enforcement officers and my investigation of this matter. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Fowler has committed a violation of Title 18, United States Code, Section 1073.

3. On April 29, 2020, a judge of the Albany City Court in Albany, New York, issued two felony arrest warrants for Fowler based on criminal complaints charging him with Assault 2nd (D felony), Criminal Mischief 2nd (D felony), Reckless Engagement 1st (D felony), and Criminal Mischief 3rd (E felony). Fowler is wanted by the Albany Police Department ("APD") for ramming his vehicle into a victim's vehicle, attempting to run the victim off of the road, and pointing a firearm at the victim on April 13, 2020.

4. All evidence indicates that Fowler fled from Albany to Bennington, Vermont, following his assault of the victim. An APD incident report states that Fowler's phone number is (575) 231-9269

1

("9269 Cellphone"), and on April 13, 2020, Fowler's victim—who has a personal relationship with Fowler—confirmed to an APD detective that the 9269 Cellphone is Fowler's cellphone and showed the detective text messages with Fowler from the 9269 Cellphone.

5.  On April 28, 2020, an Albany City Court judge issued a search warrant authorizing the seizure of both historical and prospective location information for the 9269 Cellphone. Location information obtained pursuant to the warrant reveals that the 9269 Cellphone was located in the Albany area from March 1 until the early-morning hours of April 14, 2020, after which the 9269 Cellphone was located in the Bennington area, where it has remained ever since. Further, Fowler is known to have a child that lives with his/her mother in Bennington.

**Attested to by the affiant.**

Robert Imburgio
Deputy U.S. Marshal
U.S. Marshals Service

I, the Honorable Christian F. Hummel, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on April 30, 2020, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Christian F. Hummel
United States Magistrate Judge
Northern District of New York

2