IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:20-MJ-256 (CHF) |
| | ) | |
| v. | ) | |
| | ) | |
| **JOEL FOWLER,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the complaint in Case No. 1:20-MJ-256 (CFH) against Joel Fowler, the defendant.

The reason for this dismissal is:

☐   Case transferred to another District

☐   Speedy Trial Act

☐   Defendant's cooperation

☐   Insufficient evidence at this time

☒   Other:   Dismissed in favor of state prosecution.

With respect to this dismissal, defendant:

☐   Consents

☐   Objects

☒   Has not been consulted

This dismissal is with prejudice.

Dated: May 1, 2020

GRANT C. JAQUITH
United States Attorney

By: /s/ Cyrus P.W. Rieck
Cyrus P.W. Rieck
Assistant United States Attorney
Bar Roll No. 518933

Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this __1st__ day of May, 2020.

Christian F. Hummel
U.S. Magistrate Judge